FILED
U.S. DIST. COURT
MIDDLE DISTRICT OF LA

2008 MAR 14  P 1: 20

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                                                    CIVIL ACTION

DION A. MUNSON A/K/A                                         NO. 07-924-JVP-DLD
DIOM A. MONSONE

## DEFAULT JUDGMENT

This matter is before the court on a motion by plaintiff, the United States of America, for a judgment of default against defendant, Dion A. Munson a/k/a Diom A. Monsone (doc. 6). Considering that defendant is not an infant or incompetent person, is not serving in any branch of the military; and considering that defendant has been served, has not made an appearance in the case, and has failed to answer within 20 days; and considering that the Clerk of Court made an entry of default on February 21, 2008 (doc. 5), the court concludes that a judgment of default is appropriate pursuant to Fed.R.Civ.P. 55(b) and Local Rule 55.1.

Accordingly, judgment is hereby entered in favor of plaintiff, the United States of America, and against defendant, Dion A. Munson a/k/a Diom A. Monsone, in the principal amount of $29,487.97, plus accrued interest of $10,590.32 as of June 27, 2007, with interest accruing thereafter at the rates established by each promissory note to the date of judgment, plus interest from the date of judgment at the legal

cc: Dion Munson

rate provided by 28 U.S.C. § 1961, computed daily and compounded annually until paid in full.

Judgment is also entered in favor of plaintiff and against defendant in the amount of $20.00 as docket fee pursuant to 28 U.S.C. § 1923(a), and for all other costs which may be allowed by the Clerk of Court upon application of plaintiff.

Pursuant to Local Rule 54.3, the United States of America is permitted thirty days from receipt of notice of entry of this judgment to submit its Bill of Costs to the Clerk of Court.

Baton Rouge, Louisiana, March 14, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA